367 A.2d 1091
**COMMONWEALTH of Pennsylvania**
v.
**Edward B. SAUNDERS, Appellant.**

Supreme Court of Pennsylvania.

Jan. 28, 1977.

Thomas D. Watkins, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Judgment of sentence affirmed.

## ORDER

And now, this 28th day of January 1977, the Judgment of Sentence of the Court of Common Pleas, Trial Division—Criminal Section, of Philadelphia County, entered in the above-captioned matter is affirmed.